UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACOB STRUIKSMA,<br><br>    Plaintiff,<br><br>vs.<br><br>ZONES, INC., a Washington Corporation and APOLLO PROFESSIONAL SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 2:18-cv-00188-RSM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT** |

## **STIPULATION**

The parties hereby file this stipulated motion pursuant to LCR 7(d)(1) and LCR 10(g) to extend the deadline for Defendants to respond to Plaintiff's Complaint, which was filed in this Court on February 6, 2018 (Dkt. #1). Absent an Order extending the deadline to respond to Plaintiff's Complaint, Defendants' responses would be due on March 1, 2018.

The parties are in the process of discussing the possibility of an early negotiated settlement of this dispute, and would prefer to focus their time and resources to such discussions with the hope that a resolution of this matter might be possible without turning to the Court for assistance.

The parties, therefore, join in respectfully asking the Court to extend the deadline for Defendants to file and serve their respective Answers to Plaintiff's Complaint from the current

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT - 1
(No. 2:18-cv-00188-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7057 | Fax: 206-693-7058

deadline of March 1, 2018 to a new deadline of March 30, 2018.

Dated: March 28, 2018

| LABARRE LAW OFFICES, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |

*/s/ Scott LaBarre.(with permission)*
Scott LaBarre, *admitted pro hac vice*
LaBarre Law Offices, P.C.
1660 S. Albion, STE 918
Denver, CO 80222
303-504-5979
Email: slabarre@labarrelaw.com

*/s/ Conrad Reynoldson (with permission)*
Conrad Reynoldson, WSBA #48187
Washington Civil and Disability
3513 NE 45th St., Suite G
Seattle, WA 98105
206-855-3134
Email: conrad@wacda.com

*Attorneys for Plaintiff*

NORTHCRAFT, BIGBY & BIGGS, P.C.

*/s/ Aaron D. Bigby (with permission)*
Aaron D. Bigby, WSBA # 29271
Northcraft, Bigby &Biggs, P.C.
819 Virginia St., Suite C-2
Seattle, WA 98101
Email: aaron_bigby@northcraft.com

*Attorneys for Apollo Professional Solutions, Inc.*

*/s/ Laurence A. Shapero*
Laurence A. Shapero, WSBA #31301
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
800 Fifth Avenue Suite 4100
Seattle, WA 98104
Phone: 206-693-7057
Fax: 206-693-7058
Email: laurence.shapero@ogeltree.com

*Attorney for Zones, Inc.*

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT - 2
(No. 2:18-cv-00188-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7057 | Fax: 206-693-7058

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties stipulated request for such relief, the due date for Defendants to |
| 3 | file their respective Answers to Plaintiff's Complaint is extended to March 30, 2018. |
| 4 | DATED this 1 day of March 2018. |
| 5 | |
| 6 | |
| 7 | RICARDO S. MARTINEZ |
| 8 | CHIEF UNITED STATES DISTRICT JUDGE |

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

*/s/ Laurence A. Shapero*
Laurence A. Shapero, WSBA #31301
*Attorneys for Zones, Inc.*

LABARRE LAW OFFICES, P.C.

*/s/ Scott LaBarre (with permission)*
Scott LaBarre, *admitted pro hac vice*

*/s/ Conrad Reynoldson (with permission)*
Conrad Reynoldson, WSBA #48187
Washington Civil and Disability

*Attorneys for Plaintiff*


NORTHCRAFT, BIGBY & BIGGS, P.C.

*/s/ Aaron D. Bigby (with permission)*
Aaron D. Bigby, WSBA # 29271
*Attorneys for Apollo Professional Solutions, Inc.*

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT - 3
(No. 2:18-cv-00188-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7057 | Fax: 206-693-7058