UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACOB STRUIKSMA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ZONES, INC., a Washington Corporation and APOLLO PROFESSIONAL SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 2:18-cv-00188-RSM<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES** |

## **STIPULATION**

The parties hereby file this stipulated motion pursuant to LCR 7(d)(1) and LCR 10(j) to extend the deadline for FRCP 26(f) Conference, Initial Disclosures Pursuant to FRCP 26(a)(1), and Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f). The court order (Dkt. #5) set deadlines as follows:

FRCP 26(f) Conference: 3/8/2018

Initial Disclosures Pursuant to FRCP 26(a)(1): 3/15/2018

Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 3/22/2018.

After moving the Answer deadline out to facilitate settlement discussions, it became necessary to move the other deadlines to accommodate settlement discussions and to save our

client's the unnecessary fees. The parties, therefore, join in respectfully asking the Court to extend the deadlines as follows:

    Deadline for FRCP 26(f) Conference: 4/9/2018

    Initial Disclosures Pursuant to FRCP 26(a)(1): 4/16/2018

    Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 4/23/2018.

Dated: March 13, 2018

| LABARRE LAW OFFICES, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Scott Labarre<br>Scott LaBarre, *admitted pro hac vice*<br>LaBarre Law Offices, P.C.<br>1660 S. Albion, STE 918<br>Denver, CO 80222<br>303-504-5979<br>Email: slabarre@labarrelaw.com | /s/ Laurence A. Shapero<br>Laurence A. Shapero, WSBA #31301<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>800 Fifth Avenue Suite 4100<br>Seattle, WA 98104<br>Phone: 206-693-7057<br>Fax: 206-693-7058<br>Email: laurence.shapero@ogeltree.com |
| WASHINGTON CIVIL & DISABILITY ADVOCATE | *Attorney for Zones, Inc.* |
| /s/Conrad Reynoldson<br>Conrad Reynoldson<br>Washington Civil and Disability<br>3513 NE 45th St., Suite G<br>Seattle, WA 98105<br>206-855-3134<br>Email: conrad@wacda.com<br><br>*Attorneys for Plaintiff* | NORTHCRAFT, BIGBY & BIGGS, P.C.<br><br>/s/ Aaron Bigby<br>Aaron D. Bigby, WSBA # 29271<br>Northcraft, Bigby &Biggs, P.C.<br>819 Virginia St., Suite C-2<br>Seattle, WA 98101<br>Email: aaron_bigby@northcraft.com<br><br>*Attorneys for Apollo Professional Solutions, Inc.* |

STIPULATION AND ORDER EXTENDING DEADLINES 2 -

Conrad A. Reynoldson
WASHINGTON CIVIL & DISABILITY ADVOCATE
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 855-3134

**<u>ORDER</u>**

Pursuant to the parties stipulated request for such relief, the court extends the FRCP 26 deadlines as follows:

Deadline for FRCP 26(f) Conference: 4/9/2018

Initial Disclosures Pursuant to FRCP 26(a)(1): 4/16/2018

Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 4/23/2018.

DATED this 14th day of March 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING DEADLINES 3    -    Conrad A. Reynoldson
WASHINGTON CIVIL & DISABILITY ADVOCATE
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 855-3134