UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACOB STRUIKSMA,<br><br>    Plaintiff,<br><br>vs.<br><br>ZONES, INC., a Washington Corporation and APOLLO PROFESSIONAL SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 2:18-cv-00188-RSM<br><br>**SECOND STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT** |

## **STIPULATION**

The parties hereby file this second stipulated motion pursuant to LCR 7(d)(1) and LCR 10(g) to extend the deadline for Defendants to respond to Plaintiff's Complaint, which was filed in this Court on February 6, 2018 (Dkt. #1). The current deadline for Defendants' responses is March 30, 2018 (Dkt. #11).

The parties are continuing to confer regarding the possibility of an early negotiated settlement of this dispute, and would prefer to focus their time and resources to such discussions with the hope that a resolution of this matter might be possible without turning to the Court for assistance.

The parties, therefore, join in respectfully asking the Court to extend the deadline for Defendants to file and serve their respective Answers to Plaintiff's Complaint from the current

SECOND STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT - 1
(No. 2:18-cv-00188-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7057 | Fax: 206-693-7058

deadline of March 30, 2018 to a new deadline of April 30, 2018.

Dated: April 30, 2018

| LABARRE LAW OFFICES, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| */s/ Scott LaBarre.(with permission)*  | */s/ Laurence A. Shapero* |
| Scott LaBarre, *admitted pro hac vice* | Laurence A. Shapero, WSBA #31301 |
| LaBarre Law Offices, P.C. | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 1660 S. Albion, STE 918 | 800 Fifth Avenue Suite 4100 |
| Denver, CO 80222 | Seattle, WA 98104 |
| 303-504-5979 | Phone: 206-693-7057 |
| Email: slabarre@labarrelaw.com | Fax: 206-693-7058 |
|  | Email: laurence.shapero@ogeltree.com |
| */s/ Conrad Reynoldson (with permission)*  |  |
| Conrad Reynoldson, WSBA #48187 | *Attorney for Zones, Inc.* |
| Washington Civil and Disability |  |
| 3513 NE 45th St., Suite G |  |
| Seattle, WA 98105 |  |
| 206-855-3134 |  |
| Email: conrad@wacda.com |  |

*Attorneys for Plaintiff*

NORTHCRAFT, BIGBY & BIGGS, P.C.

*/s/ Aaron D. Bigby (with permission)*
Aaron D. Bigby, WSBA # 29271
Northcraft, Bigby &Biggs, P.C.
819 Virginia St., Suite C-2
Seattle, WA 98101
Email: aaron_bigby@northcraft.com

*Attorneys for Apollo Professional Solutions, Inc.*

SECOND STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT - 2
(No. 2:18-cv-00188-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7057 | Fax: 206-693-7058

**ORDER**

Pursuant to the parties' stipulated request for such relief, the due date for Defendants to file their respective Answers to Plaintiff's Complaint is extended to April 30, 2018.

DATED this 3 day of April 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

*/s/ Laurence A. Shapero*
Laurence A. Shapero, WSBA #31301
*Attorneys for Zones, Inc.*

LABARRE LAW OFFICES, P.C.

*/s/ Scott LaBarre (with permission)*
Scott LaBarre, *admitted pro hac vice*

*/s/ Conrad Reynoldson (with permission)*
Conrad Reynoldson, WSBA #48187
Washington Civil and Disability

*Attorneys for Plaintiff*

NORTHCRAFT, BIGBY & BIGGS, P.C.

*/s/ Aaron D. Bigby (with permission)*
Aaron D. Bigby, WSBA # 29271

SECOND STIPULATION TO EXTEND TIME
TO ANSWER PLAINTIFF'S COMPLAINT -
3
(No. 2:18-cv-00188-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7057 | Fax: 206-693-7058

*Attorneys for Apollo Professional Solutions, Inc.*

SECOND STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT - 4
(No. 2:18-cv-00188-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7057 | Fax: 206-693-7058