The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACOB STRUIKSMA,<br><br>    Plaintiff,<br><br>vs.<br><br>ZONES, INC., a Washington Corporation and APOLLO PROFESSIONAL SOLUTIONS, INC. ,<br><br>    Defendant. | Case No. 2:18-cv-00188-RSM<br><br>**THIRD STIPULATED MOTION AND ORDER TO EXTEND DEADLINES** |

## **STIPULATION**

The parties hereby file this third stipulated motion pursuant to LCR 7(d)(1) and LCR 10(g) to extend the deadline for Defendants to respond to Plaintiff's Complaint, FRCP 26(f) Conference, Initial Disclosures Pursuant to FRCP 26(a)(1), and Combined Joint Status Report & Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f). The court orders (Dkt. #14, 16) set the deadlines as follows:

Defendants Answers to Plaintiff's Complaint: April 30, 2018

FRCP 26(f) Conference: April 9, 2018

Initial Disclosures Pursuant to FRCP 26(a)(1): April 16, 2018

Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): April 23, 2018

The parties currently have mediation scheduled for May 17, 2018 and would prefer to

THIRD STIPULATED MOTION AND
ORDER TO EXTEND DEADLINES - 1
(No. 2:18-cv-00188-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7057 | Fax: 206-693-7058

focus their time and resources to prepare with the hope that a resolution of this matter might be possible without turning to the Court for assistance.

The parties therefore join in respectfully asking the Court to extend the deadlines as follows:

Defendants' Answers to Plaintiff's Complaint: June 1, 2018

FRCP 26(f) Conference: June 11, 2018

Initial Disclosures Pursuant to FRCP 26(a)(1): June 18, 2018

Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): June 25, 2018

Dated: April 17, 2018

| LABARRE LAW OFFICES, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| */s/ Scott LaBarre.(with permission)* | */s/ Laurence A. Shapero* |
| Scott LaBarre, *admitted pro hac vice* | Laurence A. Shapero, WSBA #31301 |
| LaBarre Law Offices, P.C. | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 1660 S. Albion, STE 918 | 800 Fifth Avenue Suite 4100 |
| Denver, CO 80222 | Seattle, WA 98104 |
| 303-504-5979 | Phone: 206-693-7057 |
| Email: slabarre@labarrelaw.com | Fax: 206-693-7058 |
| | Email: laurence.shapero@ogeltree.com |
| */s/ Conrad Reynoldson (with permission)* | *Attorney for Zones, Inc.* |
| Conrad Reynoldson, WSBA #48187 | |
| Washington Civil and Disability | |
| 3513 NE 45th St., Suite G | NORTHCRAFT, BIGBY & BIGGS, P.C. |
| Seattle, WA 98105 | |
| 206-855-3134 | */s/ Aaron D. Bigby (with permission)* |
| Email: conrad@wacda.com | Aaron D. Bigby, WSBA # 29271 |
| | Northcraft, Bigby &Biggs, P.C. |
| | 819 Virginia St., Suite C-2 |
| *Attorneys for Plaintiff* | Seattle, WA 98101 |
| | Email: aaron_bigby@northcraft.com |
| | *Attorneys for Apollo Professional Solutions, Inc.* |

THIRD STIPULATED MOTION AND ORDER TO EXTEND DEADLINES - 2
(No. 2:18-cv-00188-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7057 | Fax: 206-693-7058

**ORDER**

Pursuant to the parties' stipulated request for such relief, the court extends the deadlines as follows:

    Defendants' Answers to Plaintiff's Complaint: June 1, 2018

    FRCP 26(f) Conference: June 11, 2018

    Initial Disclosures Pursuant to FRCP 26(a)(1): June 18, 2018

    Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): June 25, 2018

DATED this 18 day of April, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Laurence A. Shapero*
Laurence A. Shapero, WSBA #31301
*Attorneys for Zones, Inc.*

LABARRE LAW OFFICES, P.C.

*/s/ Scott LaBarre (with permission)*
Scott LaBarre, *admitted pro hac vice*

*/s/ Conrad Reynoldson (with permission)*
Conrad Reynoldson, WSBA #48187
Washington Civil and Disability

*Attorneys for Plaintiff*

NORTHCRAFT, BIGBY & BIGGS, P.C.

*/s/ Aaron D. Bigby (with permission)*
Aaron D. Bigby, WSBA # 29271
*Attorneys for Apollo Professional Solutions, Inc.*

THIRD STIPULATED MOTION AND ORDER TO EXTEND DEADLINES - 3
(No. 2:18-cv-00188-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7057 | Fax: 206-693-7058