| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACOB STRUIKSMA,<br><br>    Plaintiff,<br><br>vs.<br><br>ZONES, INC., a Washington Corporation and APOLLO PROFESSIONAL SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 2:18-cv-00188-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between Plaintiff Jacob Struiksma, and Defendants Zones, Inc. and Apollo Professional Solutions Inc., through their respective attorneys of record, that all claims for relief against Zones, Inc. and Apollo Professional Solutions Inc., in the above-captioned action brought by Plaintiff be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

//

//

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL - 1
(No. 2:18-cv-00188-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

| | |
|---|---|
| DATED: July 11, 2018 | |
| LABARRE LAW OFFICES, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Scott LaBarre.(with permission)* <br> Scott LaBarre, *admitted pro hac vice* <br> LaBarre Law Offices, P.C. <br> 1660 S. Albion, STE 918 <br> Denver, CO 80222 <br> 303-504-5979 <br> Email: slabarre@labarrelaw.com | */s/ Laurence A. Shapero* <br> Laurence A. Shapero, WSBA #31301 <br> Kyle D. Nelson, WSBA #49981 <br> 1201 Third Avenue, Suite 5150 <br> Seattle, WA 98101 <br> Phone: 206-876-5301 <br> Fax: 206-693-7058 <br> Email: laurence.shapero@ogeltree.com |
| */s/ Conrad Reynoldson (with permission)* <br> Conrad Reynoldson, WSBA #48187 <br> Washington Civil and Disability <br> 3513 NE 45th St., Suite G <br> Seattle, WA 98105 <br> 206-855-3134 <br> Email: conrad@wacda.com | *Attorney for Zones, Inc.* |

*Attorneys for Plaintiff*

NORTHCRAFT, BIGBY & BIGGS, P.C.

*/s/ Aaron D. Bigby (with permission)*
Aaron D. Bigby, WSBA # 29271
Northcraft, Bigby &Biggs, P.C.
819 Virginia St., Suite C-2
Seattle, WA 98101
Email: aaron_bigby@northcraft.com

*Attorneys for Apollo Professional Solutions, Inc.*

STIPULATION AND ORDER OF DISMISSAL - 2
(No. 2:18-cv-00188-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

**ORDER**

Based upon the forgoing stipulation, it is so ORDERED that the parties' Stipulated Request for Dismissal is GRANTED, and Plaintiff's claims against Defendants Zones, Inc. and Apollo Professional Solutions Inc. are DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 16th day of July, 2018.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 3
(No. 2:18-cv-00188-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058